IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| Suppertime, LLC and Daphne Schalau,<br>　　　　Plaintiffs,<br><br>v.<br><br>Frankfield Management, LLC and<br>Hugh Benjamin,<br>　　　　Defendants. | 3:23-cv-00046 |

## ENTRY OF DEFAULT

THIS MATTER is before the Clerk on the Plaintiffs' Motion for Entry of Default. Defendant HUGH BENJAMIN was served the summons [ECFs 4], the Complaint [ECF 1], and the motion for preliminary and permanent injunction [ECF 2] on November 4, 2023, as shown by the affidavit of Johanna Stallard [ECF 6]. Defendant Hugh Benjamin has failed to answer or otherwise appear in this matter.

Accordingly, upon consideration of the foregoing Motion, it is hereby

ORDERED that pursuant to *Fed. R. Civ. P. 55(a)* default is hereby entered against Defendant HUGH BENJAMIN.

DATED: 1/23/2024

GLENDA L. LAKE, ESQ.
Clerk of the Court