## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| Suppertime, LLC and Daphne Schalau,<br>Plaintiffs, | ) ) ) ) | 3:23-cv-00046 |
| v. | ) ) | |
| Frankfield Management, LLC and<br>Hugh Benjamin,<br>Defendants. | ) ) ) ) | |

### ENTRY OF DEFAULT

THIS MATTER is before the Clerk on the Plaintiffs' Motion for Entry of Default. Defendant FRANKFIELD MANAGEMENT, LLC. was served the summons [ECFs 3], the Complaint [ECF 1], and the motion for preliminary and permanent injunction [ECF 2] on November 4, 2023, as shown by the affidavit of Johanna Stallard [ECF 6]. Defendant FRANKFIELD MANAGEMENT, LLC.  has failed to answer or otherwise appear in this matter.

Accordingly, upon consideration of the foregoing Motion, it is hereby

ORDERED that pursuant to *Fed. R. Civ. P. 55(a)* default is hereby entered against Defendant FRANKFIELD MANAGEMENT, LLC.

DATED: 1/23/2024

_____
GLENDA L. LAKE, ESQ.
Clerk of the Court